UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 27, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ULICES BELTRAN,

Defendant.

Case No. 3:15-mj-00001-CMK

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ULICES BELTRAN ,

Case No.  3:15-mj-00001-CMK  Charge 21 USC §841(a)(1) , from custody

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of    $ _____

__X__ Unsecured Appearance Bond    $150,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial release conditions as stated on the record in open court, and posting of property of sister-in-law and brother within 30 days. Defendant to be released at 8:30 AM on 1/28/2015 with electronic monitoring.

Issued at Sacramento, California on January 27, 2015 at 2:00 PM

By: _____

JUDGE KENDALL J. NEWMAN