**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ULICES BELTRAN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 15-cr-0025 KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO REMOVE |
| ) | CONDITIONS OF PRE-TRIAL |
| ) | SERVICES  RELEASE |
| v. ) | |
| ) | |
| ULICES BELTRAN, ) | |
| Defendant, ) | |
| _____ ) | |

   The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Ulices Beltran, through his attorney, Ronald Peters, Esq, hereby stipulate  that the condition of pretrial release requiring location monitoring be removed at the request of Location Monitoring Specialist, Amaryllis Gonzalez.

DATE: July 13, 2015                    Respectfully Submitted,
                                       BENJAMIN B. WAGNER
                                       United States Attorney


DATE: July 13, 2015                    /s/ Jason Hitt
                                       _____
                                       JASON HITT
                                       **Assistant U.S. Attorney**


DATE: July 13, 2015                    /s/Ron Peters
                                       RON PETERS
                                       Attorney for Defendant
                                       **Ulices Beltran**


## **ORDER**

Pursuant to the stipulation of the parties to this action the defendant is hereby released from location monitoring. ~~and all terms and conditions are hereby terminated~~.

**IT IS SO ORDERED.**

Dated: July 14, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE