**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ULICES BELTRAN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) **Case No.:  2:15−CR−00025−GEB** |
| **Plaintiff,** | ) |
| | ) **STIPULATION AND ORDER TO** |
| **vs.** | ) **CONTINUE STATUS CONFERENCE** |
| | ) |
| **ULICES BELTRAN,** | ) |
| **Defendant** | ) |
| | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Ulices Beltran, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for January 29, 2016 at 9:00 am should be continued to March 4, 2016 at 9:00 a.m.

The government will be proposing a plea agreement within the next 30 days and the defendant will require additional time to consider this agreement. Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that

time be excluded under this provision January 29, 2016 to and including March 4, 2016.


**Respectfully Submitted,**
**BENJAMIN B. WAGNER**
**United States Attorney**


DATE: January 26, 2016                    */s/ Jason Hitt*_____
                                          JASON HITT
                                          **Assistant U.S. Attorney**


DATE: January 26, 2016                    /s/Ron Peters_____
                                          RON PETERS
                                          Attorney for Defendant
                                          **Ulices Beltran**

## PROPOSED ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, January 29, 2016, to and including March 4, 2016.

It is so ordered.

Dated:  January 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge