1 **Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
2 **50 Fullerton Court, Suite 207**
3 **Sacramento, California 95825**
**Telephone:   (916) 922-9270**
4 **Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**
5

6 **Attorney for Defendant**
**ULICES BELTRAN**
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | **UNITED STATES OF AMERICA**, | ) | **Case No.:  2:15−CR−00025−GEB** |
| --- | --- | --- |
11 |  | ) |  |
|                           **Plaintiff,** | ) | **STIPULATION AND ORDER TO** |
12 |  | ) | **CONTINUE STATUS CONFERENCE** |
| **vs.** | ) |  |
13 |  | ) |  |
| **ULICES BELTRAN,** | ) |  |
14 |                           **Defendant** | ) |  |
|  | ) |  |
15 |  | ) |  |
|  | ) |  |
16

17     The United States of America, through its counsels of record, Benjamin B. Wagner,

18 United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United
19
   States Attorney, and defendant Ulices Beltran, through his attorney, Ronald Peters, Esq, hereby
20
   stipulate and agree that the status conference scheduled for March 25, 2016 at 9:00 am should be
21
22 continued to April 22, 2016 at 9:00 a.m.

23     The government will be proposing a plea agreement within the next 30 days and the
24
   defendant will require additional time to consider this agreement. Accordingly the defendant
25
   agrees that a Local Rule T-4 exclusion would be applicable.
26

27     Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

28

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

1

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision March 25, 2016 to and including April 22, 2016.

                                                **Respectfully Submitted,**
                                                **BENJAMIN B. WAGNER**
                                                **United States Attorney**

DATE: March 25, 2016                          */s/ Ron Peters for Jason Hitt*
                                                JASON HITT
                                                **Assistant U.S. Attorney**

DATE: March 25, 2016                          /s/Ron Peters
                                                RON PETERS
                                                Attorney for Defendant
                                                **Ulices Beltran**

**PROPOSED ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, March 25, 2016, to and including April 22, 2016.

It is so ordered.

Dated:   March 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge