**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ULICES BELTRAN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No.:  2:15−CR−00025−GEB |
| **Plaintiff,** | ) **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| **vs.** | ) |
| **ULICES BELTRAN,** | ) |
| **Defendant** | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Ulices Beltran, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the sentencing scheduled for November 4, 2016 at 9:00 am should be continued to, November 18, 2016 at 9:00 a.m.

Defendant needs additional time to prepare a Memorandum in Aid of Sentencing primarily addressing 3553 factors. Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision November 4, 2016 to and including November 18, 2016.

                                              **Respectfully Submitted,**
**BENJAMIN B. WAGNER**
**United States Attorney**

DATE: September 16, 2016                */s/ Ron Peters for Jason Hitt*
JASON HITT
**Assistant U.S. Attorney**

DATE: September 16, 2016                /s/Ron Peters
RON PETERS
Attorney for Defendant
**Ulices Beltran**

**ORDER**

Sentencing is rescheduled to commence at 9:00 a.m. on November 18, 2016.

Dated: September 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge