**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ULICES BELTRAN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 2:15−CR−00025−GEB** |
| **Plaintiff,** | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| **vs.** | |
| **ULICES BELTRAN,** | |
| **Defendant** | |

The United States of America, through its counsels of record, PHILLIP A. TALBERT, Acting United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Ulices Beltran, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the sentencing scheduled for November 18, 2016 at 9:00 am should be continued to, December 16, 2016 at 9:00 a.m.

Defendant's attorney is in a four-week jury trial. Defendant needs additional time to prepare a Memorandum in Aid of Sentencing primarily addressing 3553 factors. Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision November 18, 2016 to and including December 16, 2016.

**Respectfully Submitted,**
**PHILLIP A. TALBERT**
**United States Attorney**

DATE: October 24, 2016          */s/ Ron Peters for Jason Hitt*
                                JASON HITT
                                **Assistant U.S. Attorney**

DATE: October 24, 2016          /s/Ron Peters
                                RON PETERS
                                Attorney for Defendant
                                **Ulices Beltran**

**PROPOSED ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, November 18, 2016, to and including December 16, 2016.

It is so ordered.

Dated:  October 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge