**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ULICES BELTRAN**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** | **Case No.:  2:15−CR−00025−GEB** |
| **Plaintiff,** | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| **vs.** | |
| **ULICES BELTRAN,** | |
| **Defendant** | |

The United States of America, through its counsels of record, Phillip A. Talbert, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Ulices Beltran, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the sentencing scheduled for January 27, 2017 at 9:00 am should be continued to, February 24, 2017 at 9:00 a.m.

Defendant requires additional time to explore safety valve eligibility. Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision January 27, 2017 to and including February 24, 2017.

                                        **Respectfully Submitted,**
                                        **PHILLIP A. TALBERT**
                                        **United States Attorney**

DATE: January 27, 2017                  */s/ Ron Peters for Jason Hitt*
                                        JASON HITT
                                        **Assistant U.S. Attorney**

DATE: January 27, 2017                  /s/Ron Peters
                                        RON PETERS
                                        Attorney for Defendant
                                        **Ulices Beltran**

**PROPOSED ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, January 27, 2017, to and including February 24, 2017.

It is so ordered.

Dated:  January 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge