**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ULICES BELTRAN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               **Plaintiff,**<br><br>**vs.**<br><br>**ULICES BELTRAN,**<br>               **Defendant** | **Case No.:  2:15−CR−00025−GEB**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The United States of America, through its counsels of record, Phillip A. Talbert, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Ulices Beltran, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the sentencing scheduled for June 16, 2017 at 9:00 am should be continued to, August 4, 2017 at 9:00 a.m.

Defendant requires additional time to explore safety valve eligibility. Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision June 16, 2017 to and including August 4, 2017.

**Respectfully Submitted,**
**PHILLIP A. TALBERT**
**United States Attorney**

DATE: June 15, 2017                  */s/ Ron Peters for Jason Hitt*
                                     JASON HITT
                                     **Assistant U.S. Attorney**

DATE: June 15, 2017                  /s/Ron Peters
                                     RON PETERS
                                     Attorney for Defendant
                                     **Ulices Beltran**

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

**ORDER**

Sentencing is rescheduled to commence at 9:00 a.m. on August 4, 2017.

Dated: June 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge