**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ULICES BELTRAN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ,**           ) | **Case No.:  2:15−CR−00025−GEB** |
| )                                   | |
| **Plaintiff,**  ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| ) | |
| **vs.**   ) | |
| ) | |
| **ULICES BELTRAN,**  ) | |
| **Defendant**  ) | |

The United States of America, through its counsels of record, Phillip A. Talbert, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Ulices Beltran, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the sentencing scheduled for November 3, 2017 at 9:00 am should be continued to, December 15, 2017 at 9:00 a.m.

Defendant requires additional time to explore safety valve eligibility. Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision November 3, 2017 to and including December 15, 2017.

**Respectfully Submitted,**
**PHILLIP A. TALBERT**
**United States Attorney**

DATE: November 2, 2017                */s/ Ron Peters for Jason Hitt*
                                      JASON HITT
                                      **Assistant U.S. Attorney**


DATE: November 2, 2017                /s/Ron Peters
                                      RON PETERS
                                      Attorney for Defendant
                                      **Ulices Beltran**

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

**PROPOSED ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, November 3, 2017, to and including December 15, 2017.

It is so ordered.

Dated: November 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge