```
 1  Law Offices of Ron Peters
    RON PETERS (SBN: 45749)
 2  901 H Street, Suite 611
    Sacramento, California 95814
 3  Telephone:   (916) 322-2472
    Facsimile:   (916) 322-3208
 4  Email: ronslaw207@sbcglobal.net

 5  Attorney for Defendant
    ULICES BELTRAN
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:15−CR−00025−GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO<br>) CONTINUE SENTENCING |
| vs. | ) |
| ULICES BELTRAN,<br>            Defendant | ) |

The United States of America, through its counsels of record, Mc Gregory W. Scott, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Ulices Beltran, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the sentencing scheduled for June 15, 2018 at 9:00 am should be continued to, July 13, 2018 at 9:00 a.m.

Defendant requires additional time to explore safety valve eligibility. Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision June 15, 2018 to and including July 13, 2018.

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

1

**Respectfully Submitted,**
**MC GREGORY W. SCOTT**
**United States Attorney**

DATE: June 13, 2018                     */s/ Ron Peters for Jason Hitt*
                                        JASON HITT
                                        **Assistant U.S. Attorney**


DATE: June 13, 2018                     /s/Ron Peters
                                        RON PETERS
                                        Attorney for Defendant
                                        **Ulices Beltran**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, June 15, 2018, to and including July 13, 2018.

It is so ordered.

Dated: June 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge